# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL REILLY, WILLIAM COULMAN,
JASON RAMSDELL, and JASON GRETSCHMAN,
on behalf of themselves and all other similarly situated
persons,

                   Plaintiffs,

    v.

CENTURY FENCE COMPANY,

                   Defendant.

ORDER

18-cv-315-jdp

After granting plaintiffs' motion for class certification, the court directed plaintiffs to file an amended class notice and inform the court how long it would take to disseminate the notice to the class. *See* Dkt. 96, at 22–23. Plaintiffs filed an amended class notice, Dkt. 97-1, and Century Fence doesn't object to the notice. It appears to include the required information, so the court will approve it.

As for disseminating the notice, plaintiffs say that Century Fence still has possession of the records needed to identify the members of the class. Rather than ask Century Fence for the records, plaintiffs ask the court to require Century Fence to compile the list of class members. *See* Dkt. 97, at 2. Century Fence doesn't object to the request, but asks for a April 30, 2020 deadline. Counsel says that he is currently in a self-quarantine and doesn't have access to his legal files. And, as an employer, Century Fence is currently preoccupied with matters related to the COVID-19 outbreak. *See* Dkt. 99.

Both sides' requests are GRANTED. Century Fence may have until April 30 to provide plaintiffs with a class list. Plaintiffs may have until May 7, 2020, to disseminate notice to the class. Now that issues surrounding class certification are finally resolved, the court can reset

the remainder of the schedule. The clerk of court is directed to set a telephonic scheduling conference with Magistrate Judge Stephen Crocker.

Entered March 31, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge