IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL REILLY, on behalf of himself and
all others similarly situated,

                Plaintiff,

  v.

CENTURY FENCE COMPANY,

                Defendant.

ORDER

18-cv-315-jdp

---

Pending is plaintiffs' February 8, 2021 motion to compel discovery related to damages (dkt. 130), which defendant opposed on March 2, 2021 essentially on burden/proportionality grounds, while suggesting that an agreed resolution was possible (dkt. 134). It is now June 16, 2021; given the amount of time that has passed, along with other more substantive activity in this lawsuit, I am denying the pending motion without prejudice. Plaintiff is free to renew the motion with updated information about where the parties find themselves at this time on this particular dispute.

Entered this 16th day of June, 2021.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge