UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

MICHAEL REILLY, et al., on behalf of
themselves and all others similarly situated,

          Plaintiffs,

      v.

CENTURY FENCE COMPANY,

          Defendant.

Case No. 18-cv-00315-jdp

---

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

---

Plaintiffs Michael Reilly, William Coulman, and Jacob Gretschmann (collectively, "Class Representatives"), on behalf of themselves and all others similarly situated, and Plaintiff Jason Ramsdell, on behalf of himself (collectively with Class Representatives, "Named Plaintiffs"), by and through their counsel, The Previant Law Firm S.C., by Yingtao Ho, and Defendant Century Fence Company ("Century Fence"), by its counsel, Godfrey & Kahn, S.C., by Josh Johanningmeier and Erin M. Cook, submit this Joint Motion for Final Approval of Settlement Agreement.  This matter was previously set by this Court for a final fairness hearing on March 30, 2023 at 9:00 a.m.  The Parties respectfully move the Court for the following:

1.      An Order approving the Settlement Agreement (Dkt. 174-1) as a fair, reasonable, and adequate resolution of a bona fide dispute under the Fair Labor Standards Act as well as Federal Rule of Civil Procedure 23(e);

2.      An Order declaring the Settlement Agreement to be binding on Named Plaintiffs, Class Members, Collective Members, and Defendant;

3.      An Order dismissing with prejudice the FLSA claims of the Collective Members and the Rule 23 claims of the Class Members;

4.     An Order dismissing without prejudice the FLSA Claims and Rule 23 Claims of the four Opt-Outs;

5.     Granting Class Counsel's motion for approval of attorneys' fees and costs in the amount of $139,900;

6.     Granting Class Counsel's motion for approval of service awards in the amount of $26,353.21; and

7.     An Order dismissing this lawsuit on the merits and with prejudice.


Respectfully submitted this 9th day of March, 2023.


 *s/ Yingtao Ho*
Yingtao Ho (SBN 1045418)
THE PREVIANT LAW FIRM, S.C.
310 W. Wisconsin Ave. Suite 100MW
Milwaukee, WI.  53203
Telephone: 414-271-4500
Fax: 414-271-6308
yh@previant.com

Counsel for Plaintiffs

 *s/ Erin M. Cook*
Josh Johanningmeier (#1041135)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Phone: 608-257-3911
Fax: 608-257-0609
jjohanningmeier@gklaw.com

Erin M. (Maggie) Cook (#1074294)
Sarah K. Mueller (#1114561)
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-287-9569
Fax: 414-273-5198
mcook@gklaw.com
smueller@gklaw.com

Counsel for Defendant Century Fence Company

28847282.1