UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

MICHAEL REILLY, et al., on behalf of
themselves and all others similarly situated,

        Plaintiffs,

v.

CENTURY FENCE COMPANY,

        Defendant.

Case No. 18-cv-00315-jdp

---

**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AGREEMENT**

---

Having reviewed the Parties' Joint Motion for Final Approval of Settlement Agreement and its supporting documents, IT IS HEREBY ORDERED THAT:

1. The Parties' Settlement Agreement (Dkt. 174-1) is approved as a fair, reasonable, and adequate resolution of a bona fide dispute under the Fair Labor Standards Act and Federal Rule of Civil Procedure 23(e).

2. The Parties' Settlement Agreement is binding on Named Plaintiffs, Class Members, Collective Members, and Defendant. Michael Leduc, Thomas Evenson, Steven Fendryk, and Austin Cobb have excluded themselves from the class and collective.

3. The FLSA claims of the Collective Members and the Rule 23 claims of the Class Members are hereby dismissed with prejudice.

4. The FLSA Claims and Rule 23 Claims of the four Opt-Outs are hereby dismissed without prejudice.

5. Class Counsel's motion for approval of attorneys' fees and costs in the amount of $139,900 is granted.

6. Class Counsel's motion for approval of service awards in the amount of $26,353.21 is granted.

7. This lawsuit is dismissed on the merits and with prejudice.

8. The clerk of court is directed to enter judgment and close the case.

Dated at Madison, Wisconsin, this 15 day of June, 2023.

*[signature]*

James D. Peterson
U.S. District Judge