IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL REILLY, WILLIAM COULMAN,
JASON RAMSDELL, and JACOB
GRETSCHMANN, on behalf of themselves
and all others similarly situated,

        Plaintiffs,                              Case No. 18-cv-315-jdp

v.

CENTURY FENCE COMPANY,

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered certifying three subclasses under Federal Rule of Civil Procedure 23:

1. All hourly employees who worked overtime on a project in Wisconsin not governed by prevailing wage laws between May 1, 2016, and the present;

2. All hourly employees who worked overtime on a prevailing wage project in Wisconsin between May 1, 2016, and the present; and

3. All hourly employees who worked overtime on a prevailing wage project in Minnesota between May 9, 2016, and the present.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered approving the parties' settlement agreement, dkt. 174-1; awarding $139,900 in attorney fees and costs to class counsel; approving service awards in the amount of $26,353.21 to the class representatives; dismissing the claims of the collective and class members with

prejudice; and dismissing the claims of the four opt-out plaintiffs—Michael Leduc, Thomas Evenson, Steven Fendryk, and Austin Cobb—without prejudice.

Approved as to form this 26th day of June, 2023.

_____
James D. Peterson
District Judge

by _____ Deputy Clerk       _____6/26/2023_____
Joel Turner                          Date
Clerk of Court